UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06CR126-V

UNITED STATES OF AMERICA )
)
v. ) **ORDER TO UNSEAL**
)
MERCEDES TEMPERANCE FARQUHARSON )
)

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an Order unsealing the file documents in this case; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation;

NOW, THEREFORE, IT IS ORDERED that the file documents in the above-captioned case be unsealed.

This the 30th day of April, 2009.

DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

FILED
CHARLOTTE, NC
APR 30 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC