IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:06CR126-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MERCEDES FARQUHARSON, )<br>)<br>Defendant. ) | **O R D E R** |

**THIS MATTER** is before the Court pursuant Defendant's "Unopposed Motion for Transportation and Subsistence pursuant to 18 U.S.C. § 4282," Doc. 37, filed on November 16, 2011.

After consultation with the United States Marshals Service and pursuant to 18 U.S.C. § 4282, IT IS HEREBY ORDERED that the United States Marshals Service shall furnish the person so released, Mercedes Farquharson, with transportation and subsistence to her bona fide residence, London, England.

The Clerk is directed to certify copies of this Order to defense counsel, the United States Attorney, and the United States Marshal.

**SO ORDERED**.

Signed: November 16, 2011

_____
David S. Cayer
United States Magistrate Judge